No. 77–1700.   WESTPORT TAXI SERVICE, INC., ET AL. *v.*
ADAMS, SECRETARY OF TRANSPORTATION, ET AL.   C. A. 2d Cir.
Certiorari denied.

No. 77–1702.   KANSAS CITY SOUTHERN RAILWAY CO. ET AL.
*v.* CITY OF SHREVEPORT ET AL.   Sup. Ct. La.   Certiorari de-
nied.

No. 77–1705.   DUNGAN, TRUSTEE IN BANKRUPTCY *v.* MOR-
GAN DRIVE-AWAY, INC., ET AL.   C. A. 9th Cir.   Certiorari
denied.

No. 77–1706.   JANICH BROS., INC. *v.* AMERICAN DISTILLING
CO.   C. A. 9th Cir.   Certiorari denied.

No. 77–1707.   STARR ET AL. *v.* NIXON ET AL.   C. A. 10th Cir.
Certiorari before judgment denied.

No. 77–1708.   BULLINGTON *v.* UNITED STATES.   C. A. 6th
Cir.   Certiorari denied.

No. 77–1709.   THOMAS *v.* FLORIDA.   Dist. Ct. App. Fla.,
4th Dist.   Certiorari denied.

No. 77–1712.   MARINA MANAGEMENT CORP. *v.* BREWER.
C. A. 2d Cir.   Certiorari denied.

No. 77–1713.   TAERGHODSI *v.* IMMIGRATION AND NATURALI-
ZATION SERVICE; AND YOUSEFI *v.* IMMIGRATION AND NATURALI-
ZATION SERVICE.   C. A. 5th Cir.   Certiorari denied.   Re-
ported below: 569 F. 2d 1154.

No. 77–1714.   KIDDER *v.* ANDERSON ET AL.   Sup. Ct. La.
Certiorari denied.

No. 77–1716.   KELLY *v.* UNITED STATES.   C. A. 5th Cir.
Certiorari denied.